IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFERY GISSENTER and
JAMES JACKSON,
     Plaintiffs,

vs.                          Case No. 3:07cv67/LAC/EMT

D. ELLIS, et al.,
     Defendants.
_____/

## O R D E R

     This cause is before the court on Plaintiffs' Notice to the Court (Doc. 7), which the court construes as a motion for miscellaneous relief.  Plaintiffs state that the mail room at Santa Rosa Correctional Institution is delaying the mailing of Plaintiffs' requests for inmate bank account records to the Inmate Trust Fund in Tallahassee, Florida, that are required in order to file complete motions to proceed in forma pauperis (IFP) (*see* Doc. 7).  Plaintiffs request an order from this court directing the Inmate Trust Fund to provide the records (*id.*).  Because Plaintiffs have until March 14, 2007, to file their IFP motions (*see* Doc. 3), the instant motion shall be denied.  If Plaintiffs require additional time to comply with the court's order directing them to pay the filing fee or submit IFP motions, they may file a motion for extension of time.

     Accordingly, it is **ORDERED**:

     The relief requested in Plaintiffs' Notice (Doc. 7), construed as a motion for miscellaneous relief, is **DENIED**.

     **DONE AND ORDERED** this 5th day of March 2007.


                        */s/ Elizabeth M. Timothy*
                        **ELIZABETH M. TIMOTHY**
                        **UNITED STATES MAGISTRATE JUDGE**