IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES JACKSON, et al.,
    Plaintiffs,

vs.                                    Case No.:  3:07cv67/LAC/EMT

D. ELLIS, et al.,
    Defendants.
_____/

**O R D E R**

       This matter is before the court on Plaintiff James Jackson's Notice to the Court (Doc. 21). In the Notice, Plaintiff Jackson requests that the court send him a copy of the complaint filed by him and Plaintiff Gissenter. Plaintiff Jackson states that Plaintiff Gissenter kept the only copy of the complaint, and he and Plaintiff Gissenter were assigned to separate dormitories before he was able to make a copy for himself; therefore, he asks the court to send him a copy.

       Initially, Plaintiff Jackson is advised that his document is not properly titled, as required by Rule 5.1(B)(2) of the Local Rules of the Northern District of Florida. Plaintiff titled his document "Notice to the Court"; however, in the body of the document he requests specific relief from the court. Plaintiff is advised that if he is requesting that the court take action in his case, his document should be titled as a motion. The title of his motion should include a clear, concise and specific identification of the document being filed and the filing party, and the body of the motion should state the nature of his request and the relief he is seeking from the court. For example, if Plaintiff is requesting additional time to file a document, he should title his request "Motion for Extension of Time." In the future, the court may return Plaintiff's filings if they do not comply with the procedural rules.

The court construes the instant Notice as a motion for a photocopy of the complaint. Plaintiff Jackson is advised that the court cannot make copies for him unless he submits payment in the amount of $.50 per page, prepaid, to the clerk of this court. The court notes that Plaintiffs' original complaint and exhibits total twenty-four (24) pages. Therefore, Plaintiff Jackson must submit payment of $12.00 if he wishes the court to provide him a copy of the complaint.

Additionally, regarding Plaintiffs' complaint that they are now residing in separate dormitories, thereby making it difficult to proceed together in this action, Plaintiffs are reminded that this court advised them that they may find it procedurally easier to each file separate complaints and pursue individual actions. Plaintiffs were advised that if more than one pro se plaintiff is in a case, every pleading that is filed in the case must bear the original signature of each and every plaintiff or else it will be rejected by the clerk, and that this requirement often becomes difficult, and possibly fatal to an action, due to the housing assignments or release of inmates. Therefore, if Plaintiffs determine that they wish to proceed with individual actions instead of attempting to proceed together, one of them should file a notice of voluntary dismissal and initiate a new action by filing a new complaint and a new motion to proceed in forma pauperis.

Accordingly, it is **ORDERED**:

Plaintiff Jackson's Notice to the Court (Doc. 21), construed as a motion for a photocopy of the complaint, is **DENIED**.

**DONE AND ORDERED** this 20th day of April 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No.:  3:07cv67/LAC/EMT