IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFERY GISSENTER, et al.,
    Plaintiffs,

vs.                                                Case No.: 3:07cv67/LAC/EMT

D. ELLIS, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

        This cause is before the court upon referral from the clerk. Plaintiffs Jeffery Gissenter and James Jackson commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On March 12, 2007, this court entered an order giving Plaintiff Gissenter until April 14, 2007, to pay the filing fee or file an application to proceed in forma pauperis (Doc. 14). Plaintiff Gissenter failed to respond to the order; therefore, on April 17, 2007, the court issued an order requiring Plaintiff Gissenter to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 20). The time for compliance with the show cause order has now elapsed with no response from Plaintiff Gissenter.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED WITHOUT PREJUDICE** as to Plaintiff Jeffery Gissenter for his failure to comply with an order of the court.

        At Pensacola, Florida, this 10th day of May 2007.

                                            /s/ *Elizabeth M. Timothy*
                                           **ELIZABETH M. TIMOTHY**
                                           **UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**