IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES JACKSON,
    Plaintiff,

vs.                                    Case No.: 3:07cv67/LAC/EMT

D. ELLIS, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 4, 2007. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's First Amendment and RLUIPA claims against all Defendants are **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

3. Plaintiff's equal protection claims against all Defendants regarding the failure to provide Muslim meals are **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

4. Plaintiff's equal protection claims against Warden Ellis, Assistant Warden Haskins, Food Service Director A. Brown, and the Florida Department of Corrections regarding the failure to supply

Muslim reading material are **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

    5.  The following Defendants are dismissed from this lawsuit:  Warden Ellis, Assistant Warden Haskins, Food Service Director A. Brown, and the Florida Department of Corrections.

    6.  This matter is remanded to the assigned magistrate judge for further proceedings on Plaintiff's equal protection claims against Chaplain Williams, Chaplain Reeves, Chaplain Augustine, Chaplain Edress, Assistant Warden C. Henderson, and Grievance Coordinator G. Davis, regarding the failure to supply Muslim reading material.

    **DONE AND ORDERED** this 7th day of January, 2008.


                                    s/*L.A. Collier*
                                    **LACEY A. COLLIER**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**